# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2013

145646(74)(75)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellant,

v                                                            SC: 145646
                                                             COA: 301546
                                                             Lenawee CC: 09-014365-FC
JEFFERY ALAN DOUGLAS,
            Defendant-Appellee.
_____/

        On order of the Court, the motion to expand the record and the motion to seal the motion are considered. The motion to seal the motion to expand the record is GRANTED; the motion, the answer to the motion, and all exhibits are sealed. The motion to expand the record remains under consideration. The defendant's brief shall be filed by March 22, 2013.

        VIVIANO, J., not participating in the motion to seal the motion.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2013                          _____
p0305                                                      Clerk